# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2019

153828 (80)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

THEODORE PAUL WAFER,
          Defendant-Appellant.

SC: 153828
COA: 324018
Wayne CC: 14-000152-FC

_____/

By order of May 4, 2018, the motion for reconsideration of this Court's March 9, 2018 order was held in abeyance pending the decision in *People v Davis* (Docket No. 156406). On order of the Court, the case having been decided on March 22, 2019, 503 Mich ___ (2019), the motion for reconsideration is again considered and, it appearing to this Court that the case of *People v Price* (Docket No. 156180) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present motion for reconsideration, we ORDER that the motion for reconsideration be held in ABEYANCE pending the decision in that case.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2019

Clerk

t0423